# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01613-KMT-KLM

**DONNA LONGWOLF**

    Plaintiff,

v.

**BARBARA POST;**
**GEICO CASUALTY COMPANY;**
**VALERA HOLTORF, d/b/a**
**DASHABOUT TOWN TAXI, L.L.C.**

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GEICO CASUALTY COMPANY

---

PLAINTIFF Donna Longwolf and Defendant GEICO Casualty Company, by their attorneys, stipulate and agree to dismiss the within action, with prejudice, each party to pay their own costs. These parties inform the Court that all matters in controversy have been compromised and settled to their satisfaction. Plaintiff Donna Longwolf's claims remain against Defendants Barbara Post, and Valera Holtorf, d/b/a Dashabout Town Taxi, L.L.C.

    Respectfully submitted by:

BRET BEATTLIE LAW FIRM, L.L.C.

By /s/ R. Bret Beattie
Ronald Bret Beattie
7200 South Alton Way, Suite A-120
Centennial, Colorado 80112
Telephone: 720-708-3275
EM: bret @ bret beattie law firm .com
[co-Counsel for Plaintiff Longwolf]


DEISCH, MARION & KLAUS, P.C.

By /s/ Timothy F. Marion
Timothy F. Marion
851 Clarkson Street
Denver, Colorado 80218
Telephone: 303-837-1122
EM: Tim_Marion @ Deisch-Marion.com
Counsel for Defendant
    GEICO Casualty Company

## CERTIFICATE OF E-SERVICE and/or MAILING

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GEICO CASUALTY COMPANY** was **e-filed** and/or deposited in the United States mail, postage prepaid, on the 9th day of March, 2016, addressed as follows:

All Counsel of Record

*/ s / Timothy F. Marion*

_____
Timothy F. Marion

*/ s / denotes electronic signature. Pursuant to Rule 121, C.R.C.P., the original of this document shall remain on file at the office of the filing attorney and available for inspection upon request.*